**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     *Phiroz Meherwan Boyce v. Zarine Boyce*

Appellate case number:   01-21-00166-CV

Trial court case number: 474053

Trial court:             Probate Court No. 2 of Harris County

Date motion filed:       December 20, 2022

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/  April L. Farris
                   ☐ Acting Individually ☒  Acting for the Court

The panel consists of Justices Landau, Guerra, and Farris.


Date:  January 26, 2023